**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

| | | |
|---|---|---|
| THOMAS C. ALBUS<br>Assistant United States Attorney | Thomas F. Eagleton U.S. Courthouse<br>111 South 10th Street, Rm. 20.333<br>St. Louis, Missouri 63102 | Direct: (314) 539-6856<br>Office: (314) 539-2200<br>Fax: (314) 539-2309 |

September 6, 2007

VIA HAND DELIVERY
The Honorable David D. Noce
United States Magistrate Judge
111 S. 10th St., 13th Floor
St. Louis, Missouri 63102

*Ordered filed.*
*DDN 9/6/07*

Re:   Muharimovic v. Jaromin, Case no. 4:07CV1427 DDN

Dear Judge Noce:

My colleague Jane Rund informed me that Nathan Cooper represents the plaintiff in the above-referenced civil matter which is being defended by my office. I wanted the Court to know that Mr. Cooper plead guilty to two felony counts, one of visa fraud and one of making false statements to the government on August 9, 2007 before Judge Hamilton in United States v. Cooper, No. 4:07CR462 JCH. Sentencing is set for October 19, 2007.

This guilty plea raises a number of issues the Court may wish to consider. First, Mr. Cooper's license to practice law in the courts of the State of Missouri has been suspended due to this plea and it is likely that his federal bar license will be suspended in turn.[1]

Additionally, whether or not Mr. Cooper's federal bar license is suspended, it is likely Mr. Cooper will be incarcerated by the end of the year and unable to handle this case.

Finally, Mr. Cooper's current position in the above-mentioned criminal case gives rise to a conflict of interest in the civil case. Specifically, Mr. Cooper is seeking consideration from my office at sentencing and seeks to minimize the sentence he faces in the criminal case. At the same time, Mr. Cooper is adverse to my office and must zealously represent his client in the civil case. Thank you for your attention and please do not hesitate to contact me should you desire additional information on this issue.

Very truly yours,

THOMAS C. ALBUS
Assistant United States Attorney

---

[1] I understand from the clerk's office that Chief Judge Jackson entered an order on August 27, 2007 directing Mr. Cooper to show cause within thirty days why his license should not be suspended.

September 6, 2007
Page 2

cc: Asst. U.S. Attorney Jane Rund
Joel Schwartz, Esq. (by fax)
Nathan Cooper (by fax)